# PERRY PRIMAVERA LLC

21 Main Street<br>
Court Plaza SouthWest, Suite 352<br>
Hackensack, NJ 07601<br>
Tel: (201) 961-5036<br>
info@perryprimaveralaw.com

November 18, 2021

**Via ECF**
Honorable Katharine S. Hayden
United States District Court
District of New Jersey
50 Walnut Street
Newark NJ 07101

**Re: United States v. Peter Tripet**
   **2:20 cr 00909**

Your Honor:

      Counsel, on behalf of defendant, Peter Tripet, wishes to respectfully request a six (6) month adjournment in sentencing to allow counsel/defendant to more fully prepare. The Government has no objection to this request.

      Respectfully submitted,

      /s/ Perry Primavera, Esq.

Cc: George L. Brandley, A.U.S.A.

.